UNITED STATES of America,
Plaintiff–Appellee,

v.

Horace Antonio TAYLOR, a/k/a Bloody Horace, Defendant–Appellant.

No. 16-6456

United States Court of Appeals,
Fourth Circuit.

Submitted: September 29, 2016

Decided: October 4, 2016

Horace Antonio Taylor, Appellant Pro Se. Julius Ness Richardson, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before SHEDD, KEENAN, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Horace Antonio Taylor appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we deny Taylor's motion for the appointment of counsel, and we affirm for the reasons stated by the district court. United States v. Taylor, No. 3:13–cr–01036–JFA–1 (D.S.C. Mar. 14, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED